# 71-Doc. 9, R-147

COUNTY: JEFFERSON
STATE: KENTUCKY

# *** AFFIDAVIT ***

COMES NOW THE AFFIANT, ERIC Y. DROGIN, J.D., PH.D., ABPP (RETAINED MENTAL HEALTH CONSULTANT IN THE CASE OF *TOMMY LEE WALDRIP V. TONY TURPIN, WARDEN*), AND AFTER BEING DULY CAUTIONED AND SWORN, STATES THE FOLLOWING TO BE TRUE TO THE BEST OF HIS KNOWLEDGE AND BELIEF:

1. I am a licensed psychologist and a Fellow of the American Academy of Forensic Psychology, certified as a forensic psychologist by the American Board of Professional Psychology and the American Board of Forensic Psychology, and serving on the faculty of the University of Louisville School of Medicine, regularly engaged in the practice of forensic psychological assessment.

2. I am a licensed attorney, serving as a Commissioner of the Commission on Mental and Physical Disability Law of the American Bar Association, as Chair of the Behavioral Science Committee of the American Bar Association, and as Chair of the Health Law Section of the Federal Bar Association.

3. I have reviewed extensive legal and mental health records pertaining to the prior assessment and adjudication of Tommy Lee Waldrip, appellant in the above-styled case.

4. Prior to trial, Mr. Waldrip was evaluated by psychologist Robert J. Storms, Ph.D., a witness for the prosecution, who administered only one personality test, the Minnesota Multiphasic Personality Inventory (MMPI-2).

5. Dr. Storms stated in his report of 19 August 1994 that there was "no evidence of psychosis" in Mr. Waldrip's MMPI-2 results [page 4, paragraph 3, lines 2-3]

6. Dr. Storms testified at the competency hearing that "based on this *[sic]* data," Mr. Waldrip's condition involved "basically stress-induced stuff" [p. 726, lines 8-10], that Mr. Waldrip was "in touch with reality" [p. 727, lines 21-22], that "[Mr. Waldrip's] MMPI *[sic]* results gave no indication of psychosis" [p. 736, lines 5-6], and that he did not administer any other personality testing because this would only be necessary "when things aren't quite as obvious as they were in this case" [p. 723, lines 6-7].





7. Dr. Storms noted again at trial that "[t]he MMPI *[sic]* is a direct and powerful test of emotional disturbance" [p. 3105, lines 21-22], and further characterized this measure as "a very valid and reliable test" [p. 3098, line 15], ultimately denying that Mr. Waldrip's results contained "anything" that might even "suggest" the presence of "psychotic thinking" [p. 3099, lines 3-6].

8. At trial, Dr. Storms dismissed other evidence of psychotic functioning with the following remarks: "I have only [Mr. Waldrip's] self-report to go on. Certainly the test results did not confirm his symptoms" [p. 3104, lines 14-16], and concluded that Mr. Waldrip "did not exhibit any type of mental illness that would impair his contact with reality" [p. 3112, lines 13-14].

9. A second prosecution witness, psychiatrist Everett Kuglar, *M.D.*, testified at trial that delusional individuals "usually have a pretty significantly elevated score on one of the psychological tests, i.e. the MMPI-II *[sic]*, which is the one we gave" [p. 782, lines 22-24], and characterized the MMPI-2 as "one of the most standard, most widely used personality tests" [p. 801, lines 7-9], having noted that "we could find no evidence for his being psychotic" [p. 785, lines 7-8].

10. The test results in question, utilized by Drs. Storm and Kuglar in formulating their opinions regarding Mr. Waldrip's mental state, were ***INVALID*** due to a very basic -- and very serious -- error in scoring.

11. Scale 8 ("Schizophrenia") of the MMPI-2 "was developed to identify patients diagnosed as schizophrenic," with significant elevations indicating that "[m]isinterpretations of reality, delusions, and hallucinations may be present." JOHN R. GRAHAM, MMPI-2: ASSESSING PERSONALITY AND PSYCHOPATHOLOGY 72 (2nd ed. 1993).

12. Examination of Mr. Waldrip's MMPI-2 protocol reveals that Dr. Storms added 16 and 24 to obtain a total of "30" *[sic]* raw score points for the "Schizophrenia" scale.

13. The result of Dr. Storms' glaring miscalculation was to ascribe a converted score of 55 to Mr. Waldrip for the "Schizophrenia" scale, which would, indeed, fall within the normal range.

14. Had Dr. Storms scored Mr. Waldrip's MMPI-2 protocol correctly, identifying a total raw score of 40 points, a converted score of 74 would have been ascribed, properly ***placing Mr. Waldrip's results within the abnormally elevated range for the "Schizophrenia" scale.***

15. My characterization of Dr. Storms' error is not subject to vagaries of mathematical or scientific interpretation; rather, it identifies a fundamental lapse of technique, concerning which no contrary conclusion can logically be reached.

16. Computer-assisted analysis reveals additional errors in Dr. Storms' scoring of scales F, Hs, and Ma of Mr. Waldrip's MMPI-2 protocol, although these errors are not as grave as that pertaining to the "Schizophrenia" scale.

17. Dr. Storms used a 400-item (not 567-item) version of the MMPI-2 to assess Mr. Waldrip; this is curious in light of the fact that "[u]sing an incomplete or partial form of the MMPI can [lead] to considerable difficulty for the psychologist in court." KENNETH S. POPE ET AL, THE MMPI, MMPI-2, AND MMPI-A IN COURT 23-24 (1993).

18. In my professional opinion, the scientific conclusions of Drs. Storms and Kuglar are of highly questionable validity, to the extent that they have relied upon Dr. Storms' erroneous scoring of the only standardized personality testing they administered to Mr. Waldrip.

FURTHER THE AFFIANT SAYETH NOT.

Eric Y. Drogin, J.D., Ph.D., ABPP (Forensic)
University of Louisville School of Medicine
P.O. Box 22576
Louisville, KY 40252-0576
(877) 877-6692

SUBSCRIBED AND SWORN TO BEFORE ME BY ERIC Y. DROGIN, J.D., PH.D., ABPP ON THIS 19th DAY OF May, 1999.

Colleen A. Newton
NOTARY PUBLIC, KENTUCKY STATE AT LARGE

MY COMMISSION EXPIRES: September 10, 2000

Spring 1999

*CURRICULUM VITAE for Courtroom Use*

**Eric York Drogin, J.D., Ph.D., ABPP**

P.O. Box 22576, Louisville, Kentucky 40252-0576
(877) 877-6692

### *Academe*

Department of Psychiatry and Behavioral Sciences, University of Louisville School of Medicine, Louisville, Kentucky (Associate Clinical Professor, 1997-present; Assistant Clinical Professor, 1992-97; Executive Faculty Member, 1996-present; Clinical Faculty Member; 1992-present). Psychiatry Residents Association Golden Achievement Award (Nominee, 1995). Current duties include research, teaching, interviewing, and supervision of medical students and psychiatry residents.

### *Clinical Psychology*

Staff Psychologist, Norton Psychiatric Center, Louisville, Kentucky (1991-present). Independent Allied Health Staff, Norton Hospital, Louisville, Kentucky (1991-present). Licensed Clinical Psychologist with Health Service Provider Designation, Kentucky #798 (1991-present). Licensed Psychologist, New Hampshire #873 (1998-present). Licensed Psychologist, Vermont #732 (1999-present). Medicare Provider #0241308 (1993-present). Registrant, *National Register of Health Service Providers in Psychology* #44149 (1996-present). Certificate of Professional Qualification in Psychology, Association of State and Provincial Psychology Boards #171 (1998-present). Current duties include psychological assessment, psychotherapy, research, departmental quality assurance, staff continuing education, and graduate student supervision, regarding inpatient and outpatient adolescent, adult, and geriatric clientele.

### *Forensic Psychology*

American Academy of Forensic Psychology (Fellow, 1997-present). American Board of Forensic Psychology (Diplomate; 1997-present; Reviewer, 1997-present; Examiner, 1997-present). American Board of Professional Psychology #4813 (Diplomate; 1997-present). Current Focus: Forensic psychological assessment, treatment, and consultation in civil and criminal proceedings.

### *Law*

Admitted Supreme Court of Kentucky (1990). Admitted U.S. District Court, Western District of Kentucky (1993). Admitted U.S. Court of Appeals for the Armed Forces (1997). Kentucky Bar Association Continuing Legal Education Award (1994-98). Current focus: Mental health law.

EDUCATION

Ph.D. Hahnemann University, Philadelphia, Pennsylvania (Clinical Psychology, 1991).

J.D. Villanova University School of Law, Villanova, Pennsylvania (1990). Member, Phi Delta Phi Legal Fraternity (1987-90). Member, Diversified Law Students Association (1987-90).

B.A. University of New Hampshire, Durham, New Hampshire (Psychology, *cum laude*, 1983).

PROFESSIONAL ORGANIZATIONS

*American Academy of Forensic Psychology*
*American Bar Association* (Health Law Section; Law Practice Management Section; Science and Technology Section)
*American Psychological Association* (Division 13 -- Consulting Psychology; Division 41 -- American Psychology/Law Society; Division 50 -- Addictions)
*Association of Trial Lawyers of America*
*Federal Bar Association* (Health Law Section; Kentucky Chapter)
*International Association of Applied Psychology* (Division of Psychology and the Law; Division of Psychological Assessment and Evaluation).
*Kentucky Bar Association* (Health Law Section; Law Office Management Section)
*Kentucky Bar Foundation* (Sustaining Member)
*Kentucky Psychological Association*
*Louisville Bar Association* (Health Law Section)
*New Hampshire Psychological Association*
*Phi Delta Phi Legal Fraternity*
*Southeastern Psychological Association*

CURRENT COMMITTEES AND PUBLIC SERVICE

*American Bar Association:*

Commission on Mental and Physical Disability Law (Commissioner, 1998-present; Liaison to American Psychological Association Committee on Legal Issues, 1998-present); Editorial Advisory Board, *Mental and Physical Disability Law Reporter* (Member, 1998-present); Behavioral Science Committee, Science and Technology Section (Chair, 1999-present).

*Federal Bar Association:*

Health Law Section (Chair, 1998-present; Liaison to American Psychological Association Committee on Legal Issues, 1998-present); National Council (Member, 1996-present); Foundation of the Federal Bar Association (Member, 1996-present). Associate Editor, *The Federal Health Lawyer*, 1998-present.

*Kentucky Bar Association:*

Lawyers Helping Lawyers Committee (Treasurer, 1992-94, 1996-present; Member, 1991-present); Of Counsel Committee, (Member, 1991-present).

*American Psychological Association:*

Committee on Ethical Guidelines for Forensic Psychologists, Division 41 (Advisor, 1999-present).

*Kentucky Psychological Association:*

Board of Directors (Member, 1995-present); Legal Resource Consultant (1998-present); Mental Health Financing Committee (Consultant, 1997-present); Master's Issues Committee (Consultant, 1996-present).

*Miscellaneous:*

Forensic Accreditation Board, American Academy of Forensic Sciences (Consultant, 1999-present).

Board of Directors, Bridgehaven, Incorporated (Member, 1995-present).

Jefferson County Judge Executive's Advisory Board on the Chronically Mentally Ill (Member, Jail Mental Health Services Committee, 1996-97; Member, 1995-present).

Citizens Review Board, Citizens for Better Judges (Member, 1999-present).

PREVIOUS COMMITTEES AND PUBLIC SERVICE

*American Bar Association:*

Expert Advisory Panel, *National Benchbook on Psychiatric and Psychological Evidence and Testimony*, Commission on Mental and Physical Disability Law (Member, 1997-98); New Directions Advisory Group, Special Committee on the Drug Crisis (Member, 1993-94); Behavioral Science Committee, Science and Technology Section (Co-Chair, 1998-99).

*Federal Bar Association:*

Health and Human Services Section (Chair, 1997-98; Vice Chair for Health Law, 1997; Chair, Health Law Division, 1997; Chair, Public Health Committee, 1994-97; Liaison to Task Force on APA/ABA Relations, 1996-98); *The Federal Lawyer* Book Reviewer of the Year (1997).

*Kentucky Psychological Association:*

Legal Resource Committee (Chair, 1995-98); Colleague Assistance Committee (Acting Chair, 1995-96; Consultant, 1996-98); Mental Health Financing Committee (Member, 1995-97); Continuing Education Committee (Member, 1993-95); Annual Convention (Program Chair, 1993).

*Southeastern Psychological Association:*

Annual Convention (Member, Program Committee, 1993-94, 1996, 1998; Chair, Law Session, 1994).

*University of Louisville:*

Educational and Counseling Psychology Graduate Program (Member, Dissertation Committee, 1995-98); Clinical Psychology Graduate Program (Outside Reader, Dissertation Committee, 1995-97; Outside Reader, Qualifying Examinations, 1993); School of Law (Judge, Moot Court Competition, 1990-91).

*Miscellaneous:*

Mental Health Diversion Review Board, Jefferson County, Kentucky (Member, 1996-97).

Kentucky Board of Examiners of Psychology (Investigator, 1997-98; Disciplined Psychologist Supervisor, 1996-97).

Human Rights Committee, Intermediate Care Facility for the Mentally Retarded, Central State Hospital, Louisville, Kentucky (Member, 1991-95).

Kentucky Psychiatric Association Public Affairs Coalition (Member, 1994-95).

PREVIOUS TRAINING AND EXPERIENCE

Instructor in Psychology, Adjunct Faculty, Indiana University Southeast, New Albany, Indiana (1991). Duties included instruction in undergraduate psychology.

Psychology Intern, Jefferson County Internship Consortium, Louisville, Kentucky (1990-91). Duties included psychotherapy, assessment, and school consultation for consortium of Central State Hospital and Center for Consulting Services, Inc.

Graduate Practicum, Norton Psychiatric Clinic, Louisville, Kentucky (1989-91). Duties included assessment on adult, adolescent, and geriatric psychiatric wards.

Law Clerk, Black and Older, Philadelphia, Pennsylvania (1987-89). Duties included legal research, client consultation, and court filing for Vice Chairperson, Family Law Section, Philadelphia Bar Association.

Graduate Practicum, Harcum Junior College Counseling Center, Bryn Mawr, Pennsylvania (1987-88). Duties included counseling, therapy, assessment, and foreign exchange student tutoring.

Graduate Practicum, Forensic Psychiatric Unit, Philadelphia State Hospital, Philadelphia, Pennsylvania (1985-86). Duties included assessment of forensic psychiatric inpatients.

Research Assistant, Child Custody Mediation Project for Supreme Court of New Jersey, Hahnemann University, Philadelphia, Pennsylvania (1985-86). Duties included data collection and conceptualization.

Certified Mediator, Exeter Mediation Program, Exeter, New Hampshire (1983-85). Duties included court-mandated adolescent-parent dispute resolution.

Assistant Instructor, University of South Florida, Tampa, Florida (1984). Duties included undergraduate instruction in statistics and research methodology.

Research Assistant, University of South Florida, Tampa, Florida (1984). Duties included research in support of Schocken, D. S., Greene, A. F., Worden, T. J., & Spielberger, C. D. (1987). Effect of age and gender on the relationship between anxiety and coronary artery disease. *Psychosomatic Medicine*, *49*, 118-126.

SAMPLE PRESENTATIONS

On the Same Page as the Judge: The *National Benchbook on Psychiatric and Psychological Evidence and Testimony*. American Academy of Forensic Psychology, Monterey, California. 16 January 2000.

"Off the Witness Stand": Developing Opportunities for Forensic Psychological Consulting (Symposium Chair). Annual Convention, American Psychological Association, Boston, Massachusetts. 20-24 August, 1999.

Court-Appointed Experts in Family Law Proceedings (Program Chair). Annual Convention, American Bar Association, Atlanta, Georgia. 08 August 1999.

A New Forensic Challenge: "Addictions Without Substance" from a Therapeutic Jurisprudence Perspective (with C. Barrett, Ph.D.). Annual Convention, European Association of Psychology and Law, Dublin, Ireland. 06-09 July 1999.

Substituted Judgment: Developing Roles for the Forensic Psychologist. American Academy of Forensic Psychology, Palm Springs, California. 20 January 1999.

Health Care Fraud and Abuse (Program Chair). Annual Convention, Federal Bar Association, San Antonio, Texas. 08 October 1998.

Addictions and Family Law (Program Chair). Annual Convention, American Psychological Association, San Francisco, California. 14 August 1998.

From Therapeutic Jurisprudence ... to Jurisprudent Therapy. International Conference on Therapeutic Jurisprudence, Winchester, England. 09 July 1998.

Addictions and Family Law (Moderator and Program Chair). Annual Convention, American Bar Association, San Francisco, California. 01 August 1997.

Scientific Evidence and Public Health (Program Chair). Annual Convention, Federal Bar Association, Washington, District of Columbia. 14 September 1995.

Psycholegal Aspects of Addiction and Intoxication (with C. Barrett, Ph.D.). Mid-Year Conference, American Psychology-Law Society, Santa Fe, New Mexico. 11 March 1994.

## RESEARCH AND PUBLICATIONS

### *BOOK CHAPTERS AND MANUAL CONTRIBUTIONS*

Drogin, E. Y., & Barrett, C. L. (1998). Addictions and family law. In E. Pierson (Ed.), *1998 Wiley Family Law Series* (pp. 61-106). New York: John Wiley & Sons.

Drogin, E. Y. (1996). Fifteen commonly used psychological tests. In E. C. Monahan (Ed.), *Mental Health and Experts Manual* (pp. 119-120). Frankfort, KY: Department of Public Advocacy.

Drogin, E. Y., & Drogin, L. Y. (1993). Legal issues in treating the impulsive client. In W. McCown & M. Shure (Eds.), *The impulsive client: Theory, research, and treatment.* Washington, DC: American Psychological Association.

Drogin, E. Y. (1991). Divorce mediation. In S. A. Garcia & R. D. Batey (Eds.), *Current Perspectives in Psychological, Legal and Ethical Issues* (pp. 101-120). London: Jessica Kingsley.

*BOOK REVIEWS AND LETTERS TO THE EDITOR*

Drogin, E. Y. (1998, March 11). Patient confidentiality [Letter to the editor]. *The Courier-Journal,* p. A12.

Drogin, E. Y. (1998). [Review of *Archibald Cox: Conscience of a Generation*]. *The Federal Lawyer, 45 (4),* 69-70.

Drogin, E. Y. (1998). [Review of *Guilty by Reason of Insanity: A Psychiatrist Explores the Minds of Killers* and *The Mad, the Bad, and the Innocent: The Criminal Mind on Trial*]. *The Federal Lawyer, 45 (7),* 50-51.

Drogin, E. Y. (1998). [Review of *Psychological Evaluations for the Courts: A Handbook for Mental Health Professionals and Lawyers (2d Ed.)*]. *The Federal Lawyer, 45 (10),* 53-54.

Drogin, E. Y., & Hornsby, M. M. (1998). [Review of *Inaccuracies in Children's Testimony: Memory, Suggestibility, or Obedience to Authority?*]. *The Federal Lawyer, 45 (2),* 53-54.

Drogin, E. Y. (1997, May 11). Psychologists in court [Letter to the editor]. *The Courier-Journal,* p. D2.

Drogin, E. Y. (1997). [Review of *Crazy Rhythm: My Journey from Brooklyn, Jazz, and Wall Street to Nixon's White House, Watergate, and Beyond* and *After the Madness: A Judge's Own Prison Memoir*]. *The Federal Lawyer, 44 (6),* 58-59.

Drogin, E. Y. (1997). [Review of *Denial: A Novel*]. *The Federal Lawyer, 44 (9),* 41.

Drogin, E. Y. (1997). [Review of *Firewall: The Iran-Contra Conspiracy and Cover-up*]. *The Federal Lawyer, 44 (9),* 38.

Drogin, E. Y. (1997). [Review of *Law and the Heart: A Practical Guide for Successful Lawyer/Client Relationships*]. *The Federal Lawyer, 44 (4),* 68-69.

Drogin, E. Y. (1997). [Review of *Wild Beasts and Idle Humours: The Insanity Defense from Antiquity to the Present*]. *The Federal Lawyer, 44 (2),* 57-58.

Drogin, E. Y., & Barrett, C. L. (1997). [Review of *Whores of the Court: The Fraud of Psychiatric Testimony and the Rape of the American Justice System*]. *The Federal Lawyer, 44 (5)*, 55-56.

Drogin, E. Y., & Hornsby, M. M. (1997). [Review of *Headline Justice: Inside the Courtroom: The Country's Most Controversial Trials*]. *The Federal Lawyer, 44 (9)*, 42.

Drogin, E. Y. (1996). Gerald Kirven: An example of professionalism [Letter to the editor]. *The Federal Lawyer, 43 (4)*, 12.

Drogin, E. Y. (1995). [Review of *Law v. Life: What Lawyers are Afraid to Say about the Legal Profession*]. *The Federal Lawyer, 42 (9)*, 48-49.

Drogin, E. Y. (1993). [Review of *Lawyers' Lives Out of Control: A Quality of Life Handbook*]. *Kentucky Bench and Bar, 57 (2)*, 38.

Drogin, E. Y. (in press). [Review of *The Lawyer Who Blew Up His Desk and Other Tales of Legal Madness*]. *The Federal Lawyer.*

Drogin, E. Y. (in press). [Review of *Journal of Forensic Neuropsychology*]. *The Federal Lawyer.*

*JOURNAL AND MAGAZINE ARTICLES*

Drogin, E. Y. (1999, Winter/Spring). Leadership and education in federal health law. *Federal Health Lawyer,* p. 3.

Drogin, E. Y. (1999, Spring). "You gotta know when to hold 'em ...": An update on psychological records retention. *Kentucky Practice Advances, 39,* 1.

Drogin, E. Y., & Barrett, C. L. (1998). Child custody determinations: Addressing the scope of the psychologist's evaluation. *Kentucky Practice Advances, 10,* 4.

Drogin, E. Y. (1998, Fall). Legal resources ... valuable service. *The Kentucky Psychologist, 38,* 6.

Drogin, E. Y., & Barrett, C. L. (1998). "Ready, fire, aim!": Proposed notification statutes for the previously violently mentally ill. *Kentucky Practice Advances, 9,* 6.

Drogin, E. Y., & Barrett, C. L. (1998). "Responsibility" and the insanity defense: Legal, moral, or psychological? *The Advocate, 20 (5),* 54-55.

Drogin, E. Y. (1997, Summer). The other side of the mountain: Developing career services for senior lawyers. *FBA Senior Lawyer,* 3, 8, 14.

Drogin, E. Y. (1997). The use of "generators" in brainstorming: An interactive-environmental approach to case conceptualization. *The Advocate, 19 (2),* 36-38.

Drogin, E. Y. (1997). Upcoming ABA benchbook to advise on use of mental health expertise. *Cornerstone, 19 (4),* 21.

Drogin, E. Y., & Barrett, C. L. (1997). Informed consent in Kentucky: Your pleas or mine? *Kentucky Practice Advances, 8,* 2, 4.

Drogin, E. Y. (1996, Fall). Consultations available on legal issues. *Kentucky Psychologist, 36,* 8.

Drogin, E. Y. (1996). Punishment versus deterrence. *The Federal Lawyer, 43 (2),* 19-20.

Drogin, E. Y., & Barrett, C. L. (1996). A rose by any other name: Legal and ethical boundaries of professional title usage. *Kentucky Practice Advances, 4,* 5.

Drogin, E. Y., & Barrett, C. L. (1996). *Abuse of children and* adults: Reporting duties of mental health professionals. *Kentucky Practice Advances, 3,* 6.

Drogin, E. Y., & Barrett, C. L. (1996). "But doctor, isn't that just your opinion?": Contributing to the decision-making process of the forensic psychologist as expert witness. *The Advocate, 18 (3),* 14-20.

Drogin, E. Y., & Barrett, C. L. (1996). *Daubert v. Merrell Dow Pharmaceuticals* and scientific evidence: A note of caution. *Kentucky Practice Advances, 7,* 3-4.

Drogin, E. Y., & Barrett, C. L. (1996). Forensic mental health assessment: Moving from *examination* to *evaluation*. *The Advocate, 18 (1),* 129-133.

Drogin, E. Y., & Barrett, C. L. (1996). "Guess who's coming to dinner?": Setting a place for the foreign mental health expert. *The Advocate, 18 (6),* 38-42.

Drogin, E. Y., & Barrett, C. L. (1996). *Jaffee v. Redmond:* Making a federal case out of the psychotherapist-patient privilege. *Kentucky Practice Advances, 6,* 2.

Drogin, E. Y., & Barrett, C. L. (1996). Revisiting the mental health professional's duty to warn: Procedures and parameters. *Kentucky Practice Advances, 5,* 2-3.

Drogin, E. Y. (1995, Winter). The Legal Resource Committee: Peer consultation on practice and professional issues. *Kentucky Psychologist, 35,* 5.

Drogin, E. Y., & Barrett, C. L. (1995). Responding to subpoenae in state court civil cases. *Kentucky Practice Advances, 2,* 2.

Drogin, E. Y., & Barrett, C. L. (1995). Ethical issues in the maintenance and disposal of psychological records. *Kentucky Practice Advances, 1,* 2.

Drogin, E. Y., & Barrett, C. L. (1995, Summer). A meeting of the minds for the helping professions: Obstacles, triumphs, and challenges. *Kentucky Psychologist, 35,* 5.

Drogin, E. Y. (1994, Summer). Creative access to lawyer assistance programs. *Kentucky Bar News,* p. 8.

Drogin, E. Y., & Barrett, C. L. (1994, Winter). Till death do us part: Providing for disposition of psychological records. *Kentucky Psychologist, 34,* 4.

Drogin, E. Y. (1993, April). Professional impairment and lawyer assistance programs in Kentucky. *Bar Briefs,* pp. 12-13.

Drogin, E. Y. (1992, Fall). Lawyers Helping Lawyers and Of Counsel provide wide range of services. *Kentucky Bar News,* p. 6.

Drogin, E. Y. (1991). Alcoholism in the legal profession: Psychological and legal perspectives and interventions. *Law and Psychology Review, 15,* 117-162.

Davis, M. H., Drogin, E. Y., & Wright, J. H. (1995). Therapist-patient sexual intimacy: A guide for the subsequent therapist. *Journal of Psychotherapy Practice and Research, 4 (2),* 140-149.

Garcia, S. A., Drogin, E. Y., Batey, R. D., & Spana, R. E. (1989). Institutionalized delinquent and maladjusted juveniles: A psycholegal systems analysis. *Nebraska Law Review, 68,* 261-291.

Hornsby, M. M., Drogin, E. Y., & Barrett, C. L. (1997, Fall). The clinician-expert identity crisis: There's such a thing as being *too* helpful. *Kentucky Psychologist, 37,* 8.

Drogin, E. Y. (in press). "Jurisprudent Therapy" and federal health law. *Federal Health Lawyer.*

Drogin, E. Y., & Barrett, C. L. (in press). The "foreign" psychologist's license: Don't leave home without it. *Kentucky Practice Advances.*

Drogin, E. Y. (in press). To the brink of insanity: "Extreme emotional disturbance" in Kentucky. *Northern Kentucky Law Review.*

*MONOGRAPHS, MANUALS, AND DISSERTATIONS*

Drogin, E. Y. (1998). *Confidentiality and privilege in Kentucky medicine: Basic legal references* (Monograph). Louisville, KY: University of Louisville School of Medicine.

Drogin, E. Y., & Barrett, C. L. (1993). *Handbook of selected psycholegal issues for psychiatry residents* (Monograph). Louisville, KY: University of Louisville School of Medicine.

Drogin, E. Y. (1990). *KRS 319 and the regulation of psychological practice in Kentucky: Definitions, disciplinary procedures, and sanctions* (Monograph). Louisville, KY: Norton Psychiatric Clinic.

Drogin, E. Y. (1990). Psychological type: Implications for consultation to the legal profession. (Doctoral dissertation, Hahnemann University, 1989). *Dissertation Abstracts International, 50,* 4768.

Dorman, D. J., Drogin, E. Y., & O'Roark, D. L. (Eds.). (1994). *Risk management & professional responsibility law practice assessment.* Louisville, KY: Lawyers Mutual Insurance Co. of Kentucky.

*REPRINTED ARTICLES*

Drogin, E. Y. (1998). Fifteen commonly used psychological tests. In E. C. Monahan (Ed.), *Mental Health and Experts Manual* (3rd ed.) (pp. 91-92). Frankfort, KY: Department of Public Advocacy.

Drogin, E. Y. (1998). The use of "generators" in brainstorming: An interactive-environmental approach to case conceptualization. In E. C. Monahan (Ed.), *Mental Health and Experts Manual* (3rd ed.) (pp. 41-43). Frankfort, KY: Department of Public Advocacy.

Drogin, E. Y., & Barrett, C. L. (1998). "But doctor, isn't that just your opinion?": Contributing to the decision-making process of the forensic psychologist as expert witness. In E. C. Monahan (Ed.), *Mental Health and Experts Manual* (3rd ed.) (pp. 211-216). Frankfort, KY: Department of Public Advocacy.

Drogin, E. Y. (1997). Fifteen commonly used psychological tests. In E. C. Monahan (Ed.), *Mental Health and Experts Manual* (2nd ed.) (pp. 91-92). Frankfort, KY: Department of Public Advocacy.

Drogin, E. Y. (1997). The use of "generators" in brainstorming: An interactive-environmental approach to case conceptualization. In E. C. Monahan (Ed.), *Mental Health and Experts Manual* (2nd ed.) (pp. 34-36). Frankfort, KY: Department of Public Advocacy.

Drogin, E. Y., & Barrett, C. L. (1997). "But doctor, isn't that just your opinion?": Contributing to the decision-making process of the forensic psychologist as expert witness. In E. C. Monahan (Ed.), *Mental Health and Experts Manual* (2nd ed.) (pp. 147-153). Frankfort, KY: Department of Public Advocacy.

Drogin, E. Y., & Barrett, C. L. (in press). "Responsibility" and expert testimony: Issues for psychologists. *Kentucky Psychologist*.



**Eric York Drogin, J.D., Ph.D., ABPP**

P.O. Box 22576, Louisville, Kentucky 40252-0576
(877) 877-6692

**Current Employment:** Associate Clinical Professor, Department of Psychiatry and Behavioral Sciences, University of Louisville School of Medicine, Louisville, Kentucky (1997-present); Staff Clinical Psychologist, Norton Psychiatric Center, Louisville, Kentucky (1991-present). Forensic Psychologist, Private Practice, Louisville, Kentucky (1991-present). Attorney at Law, Private Practice, Louisville, Kentucky (1990-present).

**Education:** Hahnemann University (Ph.D., 1991); Villanova University School of Law (J.D., 1990); University of New Hampshire (B.A., 1983).

**Licensure:** Law (Kentucky, 1990-present). Clinical Psychology (Kentucky, 1991-present). Psychology (New Hampshire, 1998-present). Psychology (Vermont, 1999-present).

**Professional Board Certification:** American Board of Forensic Psychology (Diplomate, 1997-present; Reviewer, 1997-present; Examiner, 1997-present). American Board of Professional Psychology (Diplomate, 1997-present). Association of State and Provincial Psychology Boards (Certificate of Professional Qualification in Psychology, 1998-present).

**Current Memberships:** American Academy of Forensic Psychology (Fellow); American Bar Association; American Psychological Association; Association of Trial Lawyers of America; Federal Bar Association; International Association of Applied Psychology; Kentucky Bar Association; Kentucky Bar Foundation; Kentucky Psychological Association; Louisville Bar Association; New Hampshire Psychological Association; Phi Delta Phi Legal Fraternity; Southeastern Psychological Association.

**Current Committees and Public Service:** Commission on Mental and Physical Disability Law, American Bar Association (1998-present; Liaison to American Psychological Association Committee on Legal Issues, 1998-present); Editorial Advisory Board, *Mental and Physical Disability Law Reporter* (1998-present); Behavioral Science Committee, Science and Technology Section, American Bar Association (Chair, 1998-present); Health Law Section, Federal Bar Association (Chair, 1998-present); Board of Directors, Kentucky Psychological Association (1995-present); Legal Resource Consultant, Kentucky Psychological Association (1998-present); National Council, Federal Bar Association (1996-present); Foundation of the Federal Bar Association (1996-present); Lawyers Helping Lawyers Committee, Kentucky Bar Association (1991-present); Of Counsel Committee, Kentucky Bar Association (1991-present; Treasurer, 1996-present); Board of Directors, Bridgehaven, Inc. (1995-present); Jefferson County Judge Executive's Advisory Board on the Chronically Mentally Ill (1995-present).

**Publications and References:** Available upon request.